ROBERTSON *v.* BOARD OF SUPERVISORS OF LEFLORE COUNTY.

[72 South. 852.]

STATUTES. *Local and special acts. Highway improvements. Powers of board.*

Laws 1916, chapter 424, providing for the issuance of bonds to pay for the improvement of public roads in Leflore county does. not violate section 90, paragraph L, of the state Constitution, for the reason that it does not provide for the laying out, opening, altering and working roads and highways, but for the raising of revenue with which to pay for the working of roads and highways, the method by which they have been or are to be laid out, opened, altered and worked, being governed by the general laws. relating thereto.

APPEAL from the chancery court of Leflore county.

HON. JOE A. MAY, Chancellor.

Injunction by M. E. Robertson against the board of supervisors of Leflore county. From a decree disolving a temporary injunction and dismissing the bill, complainant appeals.

The legislature on March 21, 1916, passed an act, authorizing the board of supervisors of Leflore county, Miss., to issue bonds of said county to an amount not exceeding six hundred thousand dollars for the improvement of the public roads out of stone, gravel, or other material. The board of supervisors proceeded in accordance with the authority vested in them by said act to issue such bonds when appellant filed a suit, seeking to enjoin the board from issuing or selling the bonds. It is contended that said act, being a local and private law, violates section 90 of the Constitution, which provides that:

"The legislature shall not pass local, private, or special laws in any of the following enumerated cases, but such matters shall be provided for only by general laws, viz.:

"(L) Laying out, opening, altering, and working roads and highways."

There was a decree dissolving the temporary injunction and dismissing complainant's bill, from which he appeals.

*Means Johnston,* for appellant.

*Gardner, McBee & Gardner,* for appellee.

SMITH, C. J., delivered the opinion of the court.

Chapter 424, Laws of 1916, does not violate section 90, par. L of the Constitution, for the reason that it does not provide for the "laying out, opening, altering and working roads and highways," but for the raising of revenue with with to pay for the working of roads and highways, the method by which they have been or are to be laid out, opened, altered, and worked being governed by the general laws relating thereto.

*Affirmed.*